IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLI E. SCHARDT, Personal Representative for the Estate of Jeffrey Schardt;<br><br>    Plaintiff,<br><br>vs.<br><br>AG GROWTH INDUSTRIES PARTNERSHIP, a Manitoba, Canada partnership; and AG GROWTH INTERNATIONAL, INC., a Manitoba, Canada Corporation;<br><br>    Defendants. | 4:12CV3228<br><br>**MEMORANDUM AND ORDER** |

  The Joint Motion to Amend Progression Order and Extension of Deadlines (Filing no. 25) is granted,

  IT IS ORDERED:

1)  The plaintiff's complete expert disclosures are due on August 15, 2013.

2)  The defendant's complete expert disclosures are due on September 15, 2013.

3)  All other deadlines shall remain as set forth in the Final Progression Order dated January 23, 2013.

Dated this 16th day of May, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge