IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLI E. SCHARDT, Personal Representative for the Estate of Jeffrey Schardt;<br><br>     Plaintiff,<br><br>vs.<br><br>AG GROWTH INDUSTRIES PARTNERSHIP, a Manitoba, Canada partnership; and AG GROWTH INTERNATIONAL, INC., a Manitoba, Canada Corporation;<br><br>     Defendants. | 4:12CV3228<br><br>SECOND AMENDED PROGRESSION ORDER |

A Joint Motion to Amend Progression Order and Extension of Deadlines (Filing No. 36) was filed on August 15, 2013. The motion is granted and,

IT IS ORDERED that the amended progression order is as follows:

1) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    | | |
    |---|---|
    | For the plaintiff(s) excluding Cochran: | August 15, 2013 |
    | For the plaintiff(s) as to Cochran: | August 26, 2013 |
    | For the defendant(s) excluding Cochran: | September 16, 2013 |
    | For the defendant(s) identify additional expert witnesses to rebuttal of Cochran: | October 8, 2013 |
    | For the defendant(s) complete expert disclosures as to rebuttal of Cochran: | November 5, 2013 |

2) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

3) All other deadlines shall remain as set forth in the Final Progression Order dated January 23, 2013 (Filing No. 11).

August 16, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge