IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLI E. SCHARDT, Personal Representative for the Estate of Jeffrey Schardt,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AG GROWTH INDUSTRIES PARTNERSHIP, a Manitoba, Canada partnership; and AG GROWTH INTERNATIONAL, INC., a Manitoba, Canada Corporation,<br><br>　　　　　　Defendants. | 4:12-CV-3228<br><br>ORDER |

　　　Pursuant to the parties' joint stipulation and motion for dismissal (filing 56), this case is dismissed, with prejudice, each party to bear its own costs and attorney fees.

　　　Dated this 13th day of January, 2014.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　　United States District Judge